# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Breyer, Charles R | 2. Court or Organization  N.D. of California | 3. Date of Report  05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US District Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  US District Court  450 Golden Gate Ave, 19th Fl  San Francisco, Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE REPORT 2005 MAY 10 A 10: 05 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | City Arts & Lectures, Inc |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Conference Institute | Attended professional conference in Chicago April 7 & 8, reimbursed for meals, travel and hotel. |
| 2. Federal Judges Association | Attended professional association in Washington, D.C. May 14 & 15, reimbursed for meals, travel and hotel. |
| 3. International Judical Academy | Attended professional association in The Hague, Netherlands, September 10 & 11, reimbursed for meals, travel and hotel. |
| 4. Institute of Study & Development of Legal Systems (ISDLS) | Attended professional conference in Ankara, Turkey October 18 thru 22, reimbursed for travel, meals, and hotel. |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Breyer, Charles R | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 10) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pan Pacific Properties (formerly WIRET) Common Stock | A | Dividend | J | T | | | | | |
| 2. Pacific Gas & Electric, common stock | A | Dividend | K | T | | | | | |
| 3. Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 4. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 5. Nike Common Stock | A | Dividend | J | T | | | | | |
| 6. McClatchy Newspspers Common Stock | A | Dividend | J | T | | | | | |
| 7. Bayview Federal Savings Common Stock | A | Dividend | J | T | | | | | |
| 8. U.S. Bancorp Common Stock | B | Dividend | K | T | | | | | |
| 9. Vacation Cabin, Norden, California | | None | J | W | | | | | |
| 10. Rental Property, Fresno Industrial Park General Partnership | E | Rent | N | W | | | | | |
| 11. Charles Schwab Cash Account - Trust #2 | A | Dividend | J | T | | | | | |
| 12. Charles Schwab Cash Account - Trust #3 | A | Dividend | J | T | | | | | |
| 13. Trust #4 (Items 14/15) | | | | | | | | | |
| 14. CNA Life Insurance, Policy | | None | | | | | | | |
| 15. Piper Jaffray Money Market | A | Dividend | J | T | | | | | |
| 16. Charles Schwab Cash Account (Trust #1) | A | Dividend | J | T | | | | | |
| 17. IRA & Pension (Items 18 - 36) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Cash Reserve | A | Dividend | J | T | | | | | |
| 19. Vangurd Capital Opportunity Fund (Name Change) | B | Dividend | N | T | | | | | |
| 20. Pimco Total Return Fund | E | Dividend | N | T | | | | | |
| 21. Artisan Midcap Fund | | None | L | T | Part Sell | 06/01 | K | C | |
| 22. Selected American Shares | A | Dividend | M | T | | | | | |
| 23. FPA Capital Fund | C | Dividend | M | T | | | | | |
| 24. FPA New Income Fund | D | Dividend | N | T | Part Sell | 09/22 | M | A | |
| 25. Westport Select Cap Fund (Name Change) | | None | M | T | | | | | |
| 26. Merger Fund | B | Dividend | M | T | | | | | |
| 27. Third Avenue Int'l Fund | B | Dividend | M | T | | | | | |
| 28. Longleaf Partners Fund | C | Dividend | M | T | | | | | |
| 29. Legg Mason Opportunity Trust | | None | L | T | | | | | |
| 30. Western Asset Core Plue | B | Dividend | M | T | Buy | 09/22 | M | | |
| 31. Oakmark Select | B | Dividend | M | T | Buy | 09/22 | M | | |
| 32. Harbor Cap. App. Fund | A | Dividend | L | T | | | | | |
| 33. Legg Mason Value (Formerly Navigator Fund) | | None | M | T | | | | | |
| 34. Harbor Int'l Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PBHG Clipper Focus Fund | B | Dividend | M | T | Sell | 10/11 | M | D | |
| 36. Vanguard Prime Cap Fund | A | Dividend | L | T | | | | | |
| 37. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 38. Wells Fargo Bank, San Francisco, Calfiornia | A | Interest | J | T | | | | | |
| 39. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 40. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 41. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 42. 392 Fallon Street, G.P. | C | Rent | K | W | | | | | |
| 43. Artisian Mid-Cap | | None | J | T | | | | | |
| 44. Select American Shares | A | Dividend | J | T | | | | | |
| 45. Schroder Muni Bond | A | Dividend | J | T | Buy | 01/05 | J | | |
| 46. Schroder Short Term | A | Dividend | J | T | Buy | 01/05 | J | | |
| 47. Vanguard Intermediate Term | A | Dividend | J | T | Buy | 01/05 | J | | |
| 48. Westport Select Funds | | None | J | T | | | | | |
| 49. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |
| 50. Bacharach - Raphael Note | B | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/1/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544